IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. **1:15-bk-14249** |
| | | Chapter 13 |
| **Hope Lynnette Harper** | : | |
| | | Judge Jeffery P. Hopkins |
| | : | |
| Debtor. | | **LIQUIDATION ANALYSIS** |
| | : | |

Now comes the Debtor, by and through counsel, and submits the following liquidation analysis pertaining to property at issue in the above-captioned case:

| | |
|---|---|
| Real Estate Value (N/A) | $0.00 |
| First Mortgage | $0.00 |
| Second Mortgage | $0.00 |
| Property Tax Delinquency | $0.00 |
| 7% Realty Fee | $0.00 |
| Closing costs | $0.00 |
| Deed, title exam, etc. | $0.00 |
| (Other Liens / Encumbrances) | $0.00 |
| Exemption ( see ORC 2329.66(A)(1) ) | $0.00 |
| **Equity Available for Unsecured Creditors** | **$0.00** |
| Unsecured portion of claims against real estate: | $0.00 |
| | |
| Motor Vehicle (2006 BMW) Value | $10,900.00 |
| First Lien Amount | $14,559.50 |
| Second Lien Amount | $0.00 |
| (Other Encumbrance) | $0.00 |
| Exemption | $0.00 |
| **Equity Available for Unsecured Creditors** | **$0.00** |
| Unsecured "split" claim amount | $3,659.50 |

| | |
|---|---|
| Motor Vehicle ( *** ) Value | $0.00 |
| First Lien Amount | $0.00 |
| Second Lien Amount | $0.00 |
| (Other Encumbrance) | $0.00 |
| Exemption | $0.00 |
| **Equity Available for Unsecured Creditors** | **$0.00** |
| Unsecured "split" claim amount | $0.00 |
| Total Non-Exempt Equity in Real Estate and Motor Vehicles | $0.00 |
| Total Non-Exempt Equity in Other Property | $0.00 |
| **Total Non-Exempt Equity (in all property)** | **$0.00** |
| **Chapter 7 Trustee Fee:** 25% of first $5000; 10% of $5001 to $50,000; 5% OF $50,001 TO $1,000,000. 11 U.S.C. 326(a) | $0.00 |
| Total "Pot" of Non-Exempt Equity Available for Distribution | $0.00 |
| Amount of Unsecured Priority Claims (Sched. E) | $0.00 |
| **Total "Pot" Available for General Unsecured Claims  (Total Pot Less Priority Claims)** | **$0.00** |
| Total of Unsecured Claims (Schedule F) | $14,338.13 |
| Unsecured portion of claims against real property | $0.00 |
| Unsecured portion of claims against vehicles | $0.00 |
| **Liquidation Percentage, per 11 USC 1325(a)(4)** | **0.00%** |

/s/ Eric A. Steiden

---

Eric A. Steiden (OH: 0063978; KY: 88321)
STEIDEN LAW OFFICES
411 Madison Avenue
Covington, KY 41011
(513) 777-7500  (OH)
(859) 777-7500  (KY)
(513) 684-9910  (Facsimile)
esteiden@steidenlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on **December 2, 2015**, a copy of the foregoing Liquidation Analysis was served on the following registered ECF participants, electronically through the Court's ECF System at the email address registered with the Court:

U.S. Trustee
Margaret A. Burks, Chapter 13 Trustee

and on the following by first class mail addressed to:

Hope Harper, 9350 Marker Drive, Cincinnati, OH 45251

**/s/ Eric A. Steiden**
_____
Eric A. Steiden (OH: 0063978; KY: 88321)
STEIDEN LAW OFFICES
411 Madison Avenue
Covington, KY 41011
(513) 777-7500 (OH)
(859) 777-7500 (KY)
(513) 684-9910 (Facsimile)
esteiden@steidenlaw.com